**Fill in this information to identify the case:**

**Debtor 1** Gary D Buhs

**Debtor 2** Stephany A.h. Buhs
(Spouse, if filing)

**United States Bankruptcy Court for the:** Central
**District of:** Illinois
(State)

**Case number:** 15-81199

Form 4100N

# Notice of Final Cure Payment

10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

## Part 1: Mortgage Information

**Name of creditor:** Rushmore Loan Management Services

**Court claim no. (if known):** 13

**Last 4 digits of any number you use to identify the debtor's account:** 4872

**Property address:** 313 S. Starr Ln
Number        Street

Peoria, IL 61604
City        State        ZIP Code

## Part 2: Cure Information

| Total cure disbursements made by the trustee: | | Amount |
|---|---|---|
| a. Allowed prepetition arrearage: | (a) | $3,910.52 |
| b. Prepetition arrearage paid by the Trustee: | (b) | $3,910.52 |
| c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) | |
| d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | (d) | |
| e. Allowed postpetition arrearage: | (e) | |
| f. Postpetition arrearage paid by the Trustee: | +(f) | |
| g. **Total**. Add Lines b, d, and f. | (g) | $3,910.52 |

**Debtor 1**  Gary D Buhs
First Name   Middle Name   Last Name

Case number (if known)  15-81199

| Part 3: | **Postpetition Mortgage Payment** |

*Check one:*

☐ Mortgage is paid through the trustee.

Current monthly mortgage payment: _____

The next postpetition payment is due on: ____/____/_____
MM / DD / YYYY

__X__ Mortgage is paid directly by the debtor(s).

| Part 4: | **A Response is Required By Bankruptcy Rule 3002.1(g)** |

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the Trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

✖  /s/ Marsha L. Combs-Skinner    Date  May 3, 2021    Signature

Trustee    Marsha L. Combs-Skinner
First Name   Middle Name   Last name

Address _____
Number   Street

P.O. Box 349
City                                                  State    ZIP Code

Newman, IL 61942
Contact Phone : (217) 837 - 9730        Email : Trusteecs@ch13cdil.com

Form 4100N    Notice of Final Cure Payment    page 2

# Certificate of Service

The undersigned hereby certifies that a copy of the foregoing was served upon, Wilmer Edgar Weer, Attorney for the Debtor, and the United States Trustee, by electronic notification through ECF on May 3, 2021, and I hereby certify that I have mailed byUnited States Postal Service the document to the following non CM-ECF participants:

Gary D Buhs  
Stephany A.H. Buhs  
313 S Starr Lane  
Peoria, IL 61604

Rushmore Loan Management Services  
P.O. Box 55004  
Irvine, CA 92619-2708

By: /s/ Marsha L. Combs-Skinner  
Marsha L Combs-Skinner  
Chapter 13 Standing Trustee