**Fill in this information to identify the case:**

Debtor 1  Gary D. Buhs

Debtor 2  Stephany A.H. Buhs
(Spouse, if filing)

United States Bankruptcy Court for the: Central District of Illinois

Case number  1581199

Official Form 410S1

# Notice of Mortgage Payment Change        12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:**  Wells Fargo Bank, N.A.

**Court claim no.** (if known): 13

**Date of payment change:**
Must be at least 21 days after date of this notice       04/01/2019

**New total payment:**
Principal, interest, and escrow, if any     $ 689.65

**Last 4 digits** of any number you use to identify the debtor's account:   4 9 9 9

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

    ☒ No
    ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

    **Current escrow payment:** $ _____     **New escrow payment:** $ _____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

    ☒ No
    ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

    **Current interest rate:** _____ %     **New interest rate:** _____ %

    **Current principal and interest payment:** $ _____     **New principal and interest payment:** $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

    ☐ No
    ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
    (*Court approval may be required before the payment change can take effect.*)

    Reason for change:
    Payment change resulting from a discontinuance of Mortgage Insurance Premium.

    **Current mortgage payment:** $ 718.83     **New mortgage payment:** $ 689.65

Debtor Gary D. Buhs  Case 15-81199   Doc   Filed 03/12/19   Entered 03/12/19 07:16:38   Desc Main
First Name  Middle Name  Last Name   Case number (if known) 81199
document    Page 2 of 3

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Tavon Taylor
Signature

Date 03/12/2019

Print: TAYLOR,TAVON
First Name   Middle Name   Last Name

Title: VP Loan Documentation

Company: Wells Fargo Bank, N.A.

Address: MAC N9286-01Y
Number   Street

1000 Blue Gentian Road
Address 2

Eagan   MN   55121-7700
City   State   ZIP Code

Contact phone 800-274-7025

Email: NoticeOfPaymentChangeInquiries@wellsfargo.com

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois

Chapter 13  No. 1581199
Judge: Thomas L. Perkins

In re:

Gary D. Buhs & Stephany A.H. Buhs

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before March 13, 2019 via filing with the US Bankruptcy Court's CM ECF system and/or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid

**Debtor:**

By U.S. Postal Service First Class Mail Postage Prepaid

Gary D. Buhs
4925 S Starr Ln

Peoria IL 61604

By U.S. Postal Service First Class Mail Postage Prepaid

Stephany A.H. Buhs
313 S. Starr Lane

Peoria IL 61604

**Debtor's Attorney:**

By U.S. Postal Service First Class Mail Postage Prepaid

Wilmer Edgar Weer
Attorney
410 Elizabeth Street

Pekin IL 61554

By U.S. Postal Service First Class Mail Postage Prepaid

N/A

**Trustee:**

By U.S. Postal Service First Class Mail Postage Prepaid

Marsha L Combs-Skinner
Chapter 13 Standing Bankruptcy Trustee
108 S. Broadway
PO Box 349
Newman IL 61942

/s/Tavon Taylor

VP Loan Documentation

Wells Fargo Bank, N.A.