**Fill in this information to identify the case:**

Debtor 1: Gary D. Buhs and Stephany A.H. Buhs

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Central District of Illinois

Case number: 1581199

## Official Form 410S1
# Notice of Mortgage Payment Change            12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, N.A.

**Court claim no.** (if known): 13

**Date of payment change:**
Must be at least 21 days after date of this notice: 05/01/2020

**New total payment:**
Principal, interest, and escrow, if any: $689.36

**Last 4 digits** of any number you use to identify the debtor's account: 4 9 9 9

### Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $ _____          New escrow payment: $ _____

### Part 2:  Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate: 4.25000%            New interest rate: 3.25000%

   Current principal and interest payment: $374.60    New principal and interest payment: $343.44

### Part 3:  Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)
   Reason for change:

   Current mortgage payment: $ _____       New mortgage payment: $ _____

Debtor  Gary D. Buhs and Stephany A.H. Buhs                                      Case number (if known) 15-81199
        First Name    Middle Name    Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗  /s/Maranda Henderson Braswell                              Date   03/18/2020
   Signature

Print:  Maranda Henderson Braswell                            VP Loan Documentation
        First Name    Middle Name    Last Name                Title

Company  Wells Fargo Bank, N.A.

Address  MAC N9286-01Y
         Number         Street
         1000 Blue Gentian Road
         Address 2
         Eagan                              MN        55121-7700
         City                               State     ZIP Code

Contact phone  800-274-7025                  NoticeOfPaymentChangeInquiries@wellsfargo.com
                                             Email

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois

Chapter 13 No. 1581199
Judge: Thomas L. Perkins

In re:

Gary D. Buhs and Stephany A.H. Buhs

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before March 19, 2020 via filing with the US Bankruptcy Court's CM ECF system or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid or FedEx.

**Debtor:** By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

Gary D. Buhs and Stephany A.H. Buhs
313 S. Starr Lane

Peoria IL 61604

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

N/A

**Debtor's Attorney:** By Court's CM/ECF system registered email address

Wilmer Edgar Weer

410 Elizabeth Street

Pekin IL 61554

By Court's CM/ECF system registered email address

N/A

**Trustee:** By Court's CM/ECF system registered email address

Marsha L Combs-Skinner
Chapter 13 Standing Bankruptcy Trustee
401 Main St. #940

Peoria IL 61602

/s/Maranda Henderson Braswell

VP Loan Documentation

Wells Fargo Bank, N.A.

WELLS FARGO HOME MORTGAGE
RETURN MAIL OPERATIONS
PO BOX 14472
DES MOINES, IA 50306

**WELLS FARGO | HOME MORTGAGE**

**Account Information**

| | |
|---|---|
| Fax: | (866) 278-1179 |
| Telephone: | (866) 234-8271 |
| Correspondence: | PO Box 10335 |
| | Des Moines, IA 50306 |
| Hours of Operation: | Mon - Fri, 6 a.m. - 10 p.m., |
| | Sat, 8 a.m. - 2 p.m., CT |
| Loan Number: | |
| Property Address: | 313 S Starr Ln |
| | Peoria IL 61604 |

GARY D BUHS
STEPHANY A BUHS
313 S STARR LN
PEORIA, IL 61604

March 5, 2020

| **Changes to Your Mortgage Interest Rate and Payments on May 1, 2020.** |
|---|

Under the terms of your Adjustable-Rate Mortgage (ARM), you had a twelve month period during which your interest rate stayed the same. That period ends on April 1, 2020, so on that date your interest rate changes. After that, your interest rate may change every twelve months for the rest of your loan term.

| | **Current** Interest Rate and Monthly Payment | **New** Interest Rate and Monthly Payment |
|---|---|---|
| Interest Rate | **4.25000%** | **3.25000%** |
| Principal | $161.49 | $180.91 |
| Interest | $213.11 | $162.53 |
| Escrow | $345.92 | $345.92 |
| **Total Monthly Payment** | **$720.52** | **$689.36 (due May 1, 2020)** |

**Interest Rate:** We calculated your interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin". We round the result of this addition to the nearest one eighth of one percentage point (0.12500%). Under your loan agreement, your index rate is 1.21000% and your margin is 1.75000%. Your "Weekly Average 1-Year Treasury Constant Maturity" index is published weekly by the Federal Reserve Board.

**Interest Rate Limits:** Your interest rate cannot go higher than 9.37500% during the life of the loan. Your interest rate cannot go lower than 1.75000% during the life of the loan. Your interest rate can increase on this Change Date by no more than 1.00000%. Your interest rate can decrease on this Change Date by no more than 1.00000%.

AR152  708  0223

| Account Information | |
|---|---|
| **Loan Number:** | |
| **Property Address:** | 313 S Starr Ln<br>Peoria IL 61604 |

**Changes to Your Mortgage Interest Rate and Payments on May 1, 2020.**

**New Interest Rate and Payment:**  The table above shows your new interest rate and new monthly payment. Your new payment is based on the "Weekly Average 1-Year Treasury Constant Maturity" index, your margin, a projected loan balance of $60,011.20, and a remaining loan term of 237 months. Your current loan balance may be greater than the amount projected in this notice. Refer to your billing statement for your outstanding unpaid loan balance.

**Note:** Payment change limitations may not apply on certain payment change dates. Please refer to your loan documents for information regarding the limit to the amount that your payment may change and when this limit doesn't apply.

**Prepayment Penalty:**  None.

If you have questions or concerns about your upcoming change, please call us at the number listed in the account information box.

Sincerely,

*Bethanne R Ross*

Bethanne R Ross
Loan Administration Manager
Wells Fargo Home Mortgage

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. © 2018 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801

AR152   708    0223